**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JANINA STEFANIA MONTERO GRANDA,

      Petitioner,

v.                                     No. 2:26-cv-00294-MLG-JFR

MARKWAYNE MULLIN,[1] in his official capacity as
Secretary of the U.S. Department of Homeland
Security, et al.,

      Respondents.

**ORDER TO SHOW CAUSE FOR
FAILURE TO COMPLY WITH THE COURT'S MARCH 16, 2026 ORDER**

This matter is before the Court sua sponte. The Court issued an Order Granting Petition for Writ of Habeas Corpus and Directing Respondents to Immediately Release Petitioner ("Order") on March 16, 2026. Doc. 12. The Court ordered Petitioner Janina Stefania Montero Granda be released from Respondents' custody within twenty-four hours of the entry of the Order. *Id.* at 4. Respondents were required to file a status report within three days of the entry of the Order to certify compliance. The status report was to provide the date and location Dominguez-Perez was released from custody. *Id.* at 5. As of the date of this Order, Respondents have not filed a status report or any other pleading regarding Dominguez-Perez's release from custody. *See generally* Docket.

Respondents are hereby ordered to show cause as to why they failed to file a status report within three days of the Court's March 16, 2026 Order. Respondents are further ordered to file a

---

[1] Secretary Mullin is automatically substituted for his predecessor under Federal Rule of Civil Procedure 25(d).

status report providing the date and location of Montero Granda's release. Respondents shall file their pleading demonstrating cause and the status report no later than 9:00 am Thursday, April 2, 2026.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA